UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA :

    - against - :

CHEN TENG, :

              Defendant. :

------------------------------------x

**ORDER**

03 Cr. 567 (DC)

**CHIN, Circuit Judge:**

It is hereby ORDERED that the parties shall appear for resentencing on January 15, 2020 at 2:00 pm in Courtroom 905 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY.

It is further ORDERED that the United States Probation Office shall provide a supplemental Presentence Investigation Report by December 27, 2019. If the parties wish to provide the court with sentencing letters, they shall do so by January 8, 2020.

SO ORDERED.

Dated: New York, New York
November 20, 2019

DENNY CHIN
United States Circuit Judge
Sitting by Designation